IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02111-WYD-CBS

CATHERINE PERKINS,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO; and
CENTURA HEALTH ST. MARY-CORWIN MEDICAL CENTER,

    Defendants.

## **ORDER OF DISMISSAL**

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (filed September 14, 2007).  Having reviewed the Stipulation and the file and being fully advised in the premises, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorneys' fees and costs.

    Dated:  September 24, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge